J. Anthony Abbott (California State Bar #083975)
Mayall, Hurley, Knutsen, Smith & Green
2543 Grand Canal Boulevard
Stockton, California, 95207
Telephone:  (209) 477-3833
Facsimile:  (209) 473-4818
E-mail:  jabbott@mayallaw.com

Attorneys for Plaintiff,
Lee Michael Rhodes

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE MICHAEL RHODES** | Case No.  1:08-CV-01705-DLB |
| **Plaintiff,** | |
| vs. | **STIPULATION AND ORDER** |
| **COUNTY OF CALAVERAS, DAVE SANDERS, THOMAS MITCHELL, ROBERT HOUGHTON, EDWIN HOAG, MICHAEL WALKER, DENNIS DOWNUM, FRANCINE OSBORN, MICHAEL H. MILLER** | |
| **Defendants.** | |

　　　　The parties to the above action, by their respective attorneys of record, do hereby stipulate as follows:

　　　　That the Scheduling Order in the above matter filed herein February 23, 2009, be amended to provide that the initial disclosures of the parties under Rule 26(a)(1) shall occur on or before March 30, 2009.

DATED: February 26, 2009　　　　MAYALL, HURLEY, KNUTSEN, SMITH & GREEN


　　　　　　　　　　　　　　　　　By:  /s/ J. Anthony Abbott, Esq._____
　　　　　　　　　　　　　　　　　　　　J. Anthony Abbott, Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Lee Michael Rhodes

STIPULATION AND ORDER, Case No.  1:08-CV-01705-DLB

DATED: February 27, 2009       McCORMICK, BARSTOW, WAYTE, SHEPPARD & CARRUTH, LLP


By /s/ Michael G. Woods, Esq. (as authorized on 2/27/09)
   Michael G. Woods, Attorneys for Defendants County of Calaveras, Thomas Mitchell, Robert Houghton, Edwin Hoag, Michael Walker, Dennis Downum, Francine Osborn, and Michael H. Miller

DATED: February 27, 2009       WEAKLEY, ARENDT & McGUIRE, LLP


By /s/ Rosemary T. McQuire, Esq. (as authorized on 2/27/09)
   Rosemary T. McGuire, Attorney for Defendant Dave Sanders

## **ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS ORDERED, that the parties shall exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before March 30, 2009.

DATED: 5 March 2009

     /s/ *Dennis L. Beck*
   UNITED STATES MAGISTRATE JUDGE