Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.    Bar No. 227981

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, DAVE SANDERS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| LEE MICHAEL RHODES,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CALAVERAS, DAVE SANDERS, THOMAS MITCHELL, ROBERT HOUGHTON, EDWIN HOAG, MICHAEL WALKER, DENNIS DOWNUM, FRANCINE OSBORN, MICHAEL H. MILLER,<br><br>Defendants. | CASE NO. 1:08-CV-01705-DLB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: November 11, 2007<br>Trial Date: May 11, 2010 |

The parties to the above action, by their respective attorneys of record, do hereby stipulate as follows:

That the Scheduling Order in the above matter filed herein on February 23, 2009 and modified on March 5, 2009, be amended to provide that the initial disclosures of the parties under Rule 26(a)(1) shall occur on or before April 8, 2009.

Dated: March 30, 2009

                                MAYALL, HURLEY, KNUTSEN, SMITH & GREEN


                By:   /s/ J. Anthony Abbott    (authorized 3/30/09)
                        J. Anthony Abbott,
                        Attorneys for Plaintiff,
                        LEE MICHAEL RHODES

Dated: March 30, 2009

                           WEAKLEY, ARENDT & McGUIRE, LLP

                By:    /s/ Rosemary T. McGuire
                         Rosemary T. McGuire
                         Attorneys for Defendant,
                         DAVE SANDERS

Dated: March 30, 2009

                         McCORMICK, BARSTOW, WAYTE, SHEPPARD
                         & CARRUTH

                By:    /s/ Michael G. Woods   (authorized on 3/27/09
                         Michael G. Woods
                         Attorneys for Defendants,
                         COUNTY OF CALAVERAS, THOMAS MITCHELL,
                         ROBERT HOUGHTON, EDWIN HOAG,
                         MICHAEL WALKER, DENNIS DOWNUM,
                         FRANCINE OSBORN and MICHAEL H. MILLER

## **ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS ORDERED, that the parties shall exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before April 8, 2009.

IT IS SO ORDERED.

**Dated:   March 30, 2009**                  /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE