J. Anthony Abbott (California State Bar #083975)
Mayall, Hurley, Knutsen, Smith & Green
2543 Grand Canal Boulevard
Stockton, California, 95207
Telephone:  (209) 477-3833
Facsimile:  (209) 473-4818
E-mail:  jabbott@mayallaw.com

Attorneys for Plaintiff,
LEE MICHAEL RHODES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE MICHAEL RHODES**<br><br>      **Plaintiff,**<br><br>     vs.<br><br>**COUNTY OF CALAVERAS, DAVE SANDERS, THOMAS MITCHELL, ROBERT HOUGHTON, EDWIN HOAG, MICHAEL WALKER, DENNIS DOWNUM, FRANCINE OSBORN, MICHAEL H. MILLER**<br><br>      **Defendants.** | Case No. 1:08-CV-01705-DLB<br><br>**STIPULATION AND ORDER** |

The parties to the above entitled action, by and between their respective attorneys of record, do hereby stipulate as follows:

    1.     That plaintiff's First, Second, Third, Fourth, and Fifth Claims for Relief be dismissed with prejudice.

    2.     That defendants Thomas Mitchell, Robert Houghton, Edwin Hoag, Michael Walker, Dennis Downum, Francine Osborn, and Michael H. Miller, in their individual capacities, be dismissed with prejudice from the entire action.  Such dismissal shall not result in a dismissal of or judgment in favor of defendant County of Calaveras on any remaining claim for relief based on alleged acts of such individual defendants committed in the course and scope of their employment with defendant County of Calaveras.

STIPULATION AND ORDER

Page 1

3. That defendants Thomas Mitchell, Robert Houghton, Edwin Hoag, Michael Walker, Dennis Downum, Francine Osborn, and Michael H. Miller waive recovery of costs of suit and attorney's fees incurred in this case.

4. That there being no surviving claim for relief based on federal law and no diversity jurisdiction, that this matter be remanded to the Superior Court of California, County of Calaveras.

DATED: June 3, 2009               MAYALL, HURLEY, KNUTSEN, SMITH & GREEN


By:   /s/ J. Anthony Abbott, Esq.
       J. Anthony Abbott
       Attorneys for Plaintiff Lee Michael Rhodes

DATED: June 3, 2009               McCORMICK, BARSTOW, WAYTE, SHEPPARD & CARRUTH, LLP


By  /s/ Michael G. Woods, Esq. (as authorized on 6/3/09)
       Michael G. Woods, Attorneys for Defendants County
       of Calaveras, Thomas Mitchell, Robert Houghton,
       Edwin Hoag, Michael Walker, Dennis Downum,
       Francine Osborn, and Michael H. Miller

DATED: June 3, 2009               WEAKLEY, ARENDT & McGUIRE, LLP


By /s/ Rosemary T. McQuire, Esq. (as authorized on 6/3/09)
       Rosemary T. McGuire, Attorney for
       Defendant Dave Sanders

## ORDER

The stipulation of the parties having been considered, and good cause appearing therefore,

IT IS ORDERED, that plaintiff's First, Second, Third, Fourth, and Fifth Claims for Relief be and are hereby dismissed with prejudice.

STIPULATION AND ORDER

Page 2

IT IS FURTHER ORDERED, that defendants Thomas Mitchell, Robert Houghton, Edwin Hoag, Michael Walker, Dennis Downum, Francine Osborn, and Michael H. Miller, in their individual capacities, be and are hereby dismissed with prejudice from the entire action; provided, however, that such dismissal shall not result in a dismissal of or judgment in favor of defendant County of Calaveras on any remaining claim for relief based on alleged acts of such individual defendants committed in the course and scope of their employment with defendant County of Calaveras.

IT IS FURTHER ORDERED, that defendants Thomas Mitchell, Robert Houghton, Edwin Hoag, Michael Walker, Dennis Downum, Francine Osborn, and Michael H. Miller shall not recover of costs of suit or attorney's fees incurred in this case.

IT IS FURTHER ORDERED, that there being no surviving claim for relief based on federal law and no diversity jurisdiction, that this case and all remaining claims for relief be remanded to the Superior Court of California, County of Calaveras.

DATED: 3 June 2009

/s/ *Dennis L. Beck*
U.S. MAGISTRATE JUDGE